LAW OFFICES
MARK W. CATANZARO
21 GRANT STREET
MOUNT HOLLY, NEW JERSEY 08060
TELEPHONE (609) 261-3400
FACSIMILE (609) 318-0224
Mark@Catanzarolaw.com

**MARK W. CATANZARO**
MEMBER NEW JERSEY &
PENNSYLVANIA BARS

143 WHITE HORSE AVENUE
TRENTON, NEW JERSEY 08610

April 13, 2020

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fischer Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE: United States v. Eric Hafner
Criminal No. 19-790(MAS)

Dear Sir:

Please accept this correspondence as defendants request for a two-week extension to reply to the government's opposition in the above-captioned matter. I communicated with Mr. Brater via email. Mr. Brater has no objection to my request. I recognize that any extension will move the hearing date. Mr. Hafner is also aware of this.

Mr. Hafner has been in lockdown for some time. I have had very little time to communicate with him. The Monmouth County jail is not accepting visitors. My interaction with Mr. Hafner has been limited to two 15 minute videoconferences. He has had no access to his discovery for the past two months and has had no access to legal materials.

I have been advised that you are available the afternoon of Tuesday, May 26, 2020. I would request that the hearing be adjourned to that date with the understanding that an additional extension may be sought if my access to Mr. Hafner continues to be limited.

As always, I think the court for its time and consideration in these matters.

Respectfully

/s/ Mark W. Catanzaro

Mark W Catanzaro

c: AUSA Ian Brater
Eric Hafner